IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND; and ARTHUR H. BUNTE JR., as Trustee, <br><br> Plaintiffs, <br> v. <br><br> THE S K CONSTRUCTION CO., an Ohio corporation; <br><br> Defendant. | Case No. 13 CV 1331 <br><br> Judge: Ronald A. Guzman <br><br> Magistrate Judge: Brown |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiffs' Motion for Entry of Default and Default Judgment, and the Court having reviewed the Motion along with the supporting materials, hereby FINDS, ORDERS, and ADJUDGES as follows:

1. That Defendant, The S K Construction Co., is adjudged to be in default.

2. That a default judgment is entered against The S K Construction Co..

3. That the Fund and Arthur H. Bunte, Jr., as Trustee, have and recover from and against The S K Construction Co. in the total amount of $3,064,922.19. This amount represents (i) $2,504,618.50 in withdrawal liability; (ii) $57,969.82 in interest through May 9, 2013; (iii) $500,923.70 in liquidated damages as allowed pursuant to 29 U.S.C.§§1132(g)(2); and (iv) $1410.17 in attorney's fees and costs for prosecuting this suit as allowed pursuant to 29 U.S.C.§§1132(g)(2) and 1451(b).

4. That Plaintiffs are awarded post-judgment interest on the entire judgment balance at an annualized interest rate equal to two percent (2%) plus the prime interest rate established by JPMorgan Chase Bank, NA for the fifteenth (15th) day of the month for which interest is charged and with said interest to be compounded annually.

5. That Plaintiffs may proceed with collection of the judgment.

Dated: 5/21/2013    Enter: _____
                           Ronald A. Guzman
                           United States District Judge